No. 86–1503.   SAMAYOA ET AL. v. CHICAGO BOARD OF EDUCA-
TION ET AL.   C. A. 7th Cir.   Certiorari granted, judgment va-
cated, and case remanded to the Court of Appeals to consider the
question of mootness.

No. — – ——.   NATIVE VILLAGE OF TANAMA v. ALASKA DE-
PARTMENT OF HEALTH AND SOCIAL SERVICES.   Motion to direct
the Clerk to file a petition for writ of certiorari out of time denied.

No. A–632.   WINSLOW ET AL. v. WILLIAMS ET AL.   Sup. Ct.
Colo.   Application for stay, addressed to JUSTICE KENNEDY and
referred to the Court, denied.

No. A–668 (87–6491).   PAVLICO v. UNITED STATES.   C. A. 4th
Cir.   Application for stay, addressed to JUSTICE O'CONNOR and
referred to the Court, denied.

No. D–656.   IN RE DISBARMENT OF FRIEDMAN.   Disbarment
entered.   [For earlier order herein, see 484 U. S. 893.]

No. D–657.   IN RE DISBARMENT OF ROSENTHAL.   Disbarment
entered.   [For earlier order herein, see 484 U. S. 893.]

No. D–662.   IN RE DISBARMENT OF VAVRIK.   Disbarment en-
tered.   [For earlier order herein, see 484 U. S. 941.]

No. D–664.   IN RE DISBARMENT OF WITTMAACK.   Disbarment
entered.   [For earlier order herein, see 484 U. S. 973.]

No. D–665.   IN RE DISBARMENT OF ENRICO.   Disbarment en-
tered.   [For earlier order herein, see 484 U. S. 973.]

No. D–667.   IN RE DISBARMENT OF SMITH.   It is ordered that
Francis X. Smith, of Long Island City, N. Y., be suspended from
the practice of law in this Court and that a rule issue, returnable
within 40 days, requiring him to show cause why he should not be
disbarred from the practice of law in this Court.